**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE  SEARCH OF: | ) | |
| | ) | |
| | ) | **ORDER** |
| 407 - 17th Avenue North, Wapheton, ND | ) | |
| A white house with attached two-car | ) | |
| garage.  The number 407 appears on the | ) | |
| front of the house.  The house faces north | ) | |
| and is located on the south side of 17th | ) | Case No.  3:09-mj-016 |
| Avenue North | ) | |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the "Search Warrant" and "Application and Affidavit for Search Warrant," with

attachments, including  "Affidavit in Support of an Application for a Search Warrant," photographs,

"Search Warrant Return" and the Government's "Motion to Seal" Return, and the Government's

Motion to Seal, are sealed until further order of the Court.

Dated this 2nd day of April, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge